**Order entered April 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01181-CV

**MIKE RAWLINGS, MAYOR, ET AL, Appellants**

**V.**

**TIMOTEO F. GONZALEZ ET AL., Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-09605-J**

## ORDER

Appellees' request for oral argument is **GRANTED**.


/s/  MICHAEL J. O'NEILL
    JUSTICE